**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony Emanuel WILLIAMS,
Defendant–Appellant.**

**No. 01–4408.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 11, 2001.

Anthony Emanuel Williams, pro se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Anthony Emanuel Williams appeals from the district court's order denying his motion to reconsider the court's prior order ruling on his request for return of seized property under Fed. R. Crim P. 41(e). We have reviewed the record and the district court's opinion and find no

reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Williams,* No. CR–98–148 (E.D.Va. Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*